IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BERNETTA LASHAY WILLIS, | ) |
| | ) |
|    Petitioner, | ) |
| v. | )   CASE NO. 2:09-cv-0930-MEF |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
|    Respondent. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1)  The petitioner's Objection to the Magistrate Judge Recommendation (Doc. #39) filed on April 2, 2012 is overruled;

(2)  The Recommendation of the United States Magistrate Judge (Doc. #38) entered on March 16, 2012 is adopted;

(3) The § 2255 motion filed by Willis is DENIED with prejudice, as the claims raised by her entitle her to no relief.

DONE this the 6th day of April, 2011.

                                                       /s/ Mark E. Fuller
                                        UNITED STATES DISTRICT JUDGE